# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**<u>ORDER</u>** |

This matter is before the Court on the Joint Status Report Regarding Stayed Matter (#22) filed January 22, 2014. The parties agree to continue the stay of all proceedings pending the resolution of the <u>Oregon Restaurant and Lodging</u> matter. Accordingly,

**IT IS ORDERED** that the stay shall continue pending resolution of the related matter.

**IT IS FURTHER ORDERED** that the parties shall file a further status report in **120 days** from the date of this order or as soon as the Ninth Circuit case is decided, whichever occurs first.

DATED this 23rd day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　_/s/ George Foley, Jr._
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge