**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH, | Case No. 2:13-CV-00580-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before February 20, 2015.

DATED this 10th day of February, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE