# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH, | Case No. 2:13-cv-00580 -APG-GWF |
| Plaintiff, | **O R D E R** |
| v. | |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before August 20, 2015.

Dated: February 19, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE