# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**ORDER STAYING CASE** |

In light of the parties' status report (Dkt. #29),

**IT IS ORDERED** that this action is STAYED until 30 days after the date on which the Ninth Circuit Court of Appeals issues a final resolution in the case entitled *Oregon Restaurant and Lodging et al. v. Solis, et al.* (which bears Case No. 3:12-01261-MO in the District of Oregon).

Dated: August 25, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE