# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT NORSOPH, | Case No. 2:13-cv-00580-APG-GWF |
| Plaintiff, | **O R D E R** |
| v. | |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

This action was STAYED until 30 days after the date on which the Ninth Circuit Court of Appeals issues a final resolution in the case entitled *Oregon Restaurant and Lodging et al. v. Solis, et al.* (which bears Case No. 3:12-01261-MO in the District of Oregon). The Ninth Circuit issued a decision in that case on February 23, 2016.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before April 11, 2016.

Dated: April 1, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE