**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| ROBERT NORSOPH, | Case No. 2:13-cv-00580-APG-GWF |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

In light of the parties' status report (Dkt. #33)

IT IS ORDERED that the stay in this action is continued for 45 days.

IT IS FURTHER ORDERED that the parties shall file a status report on or before June 1, 2016.

Dated: April 12, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE