# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH, | Case No. 2:13-cv-00580-APG-GWF |
| Plaintiff, | **O R D E R** |
| v. | |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

In light of the parties' status report (ECF No. 35)

IT IS ORDERED that the stay in this action is continued for 60 days.

IT IS FURTHER ORDERED that the parties shall file a status report on or before August 2, 2016.

Dated: June 3, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE