UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT NORSOPH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**O R D E R** |

In light of the parties' status report (ECF No. 39)

IT IS ORDERED that the stay in this action is continued for 98 days.

IT IS FURTHER ORDERED that the parties shall file a status report on or before January 6, 2017.

Dated: September 30, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE