UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**O R D E R** |

In light of the parties' status report (ECF No. 41),

IT IS ORDERED that the stay in this action is continued for 90 days.

IT IS FURTHER ORDERED that the parties shall file a status report on or before April 6, 2017.

Dated: January 9, 2017.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE