# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT NORSOPH,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**ORDER**<br><br>(ECF No. 49) |

In light of the parties' status report (ECF No. 48),

IT IS ORDERED that the Joint Motion to extend the stay in this action (**ECF No 49) is GRANTED**. The stay is continued through January 31, 2018.

IT IS FURTHER ORDERED that the parties shall file a status report on or before January 31, 2018.

Dated: November 8, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE