# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT NORSOPH, | Case No. 2:13-cv-00580-APG-GWF |
| Plaintiff, | **O R D E R** |
| v. | (ECF No. 52) |
| RIVERSIDE RESORT AND CASINO, INC., *et al.*, | |
| Defendants. | |

In light of the parties' status report (ECF No. 51),

IT IS ORDERED that the Joint Motion to extend the stay in this action (**ECF No 52) is GRANTED**. The stay is continued through May 31, 2018.

IT IS FURTHER ORDERED that the parties shall file a status report on or before May 31, 2018.

Dated: February 1, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE