UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT NORSOPH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RIVERSIDE RESORT AND CASINO, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**O R D E R**<br><br>(ECF No. 55) |

In light of the parties' status report (ECF No. 54),

IT IS ORDERED that the Joint Motion to extend the stay in this action (**ECF No 55) is GRANTED**. The stay is continued through September 28, 2018.

IT IS FURTHER ORDERED that the parties shall file a status report on or before September 28, 2018.

Dated: May 31, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE