THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE RESORT AND CASINO, INC., THE DONALD J. LAUGHLIN FAMILY TRUSTS and DONALD J. LAUGHLIN as the sole trustee and beneficiary of such trusts, and DONALD J. LAUGHLIN, Individually, and DOES 1-50,<br><br>    Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT STAY AND MOTION FOR CIRCULATION OF NOTICE OF THE PENDENCY OF THIS ACTION PURSUANT TO 29 U.S.C. § 216(b) AND FOR OTHER RELIEF**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Robert Norsoph, on behalf of himself and all others allegedly similarly situated ("Plaintiff"), by and through his counsel of record, and Defendants Riverside Resort and Casino Inc., The Donald J. Laughlin Family Trusts, Donald Laughlin as the sole trustee and beneficiary of such trusts, and Donald J. Laughlin individually ("Defendants") to extend the time for Plaintiff to file his Reply

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

in support of Plaintiff's Motion to Lift Stay and Motion for Circulation of Notice of the Pendency of this Action pursuant to 29 U.S.C. § 216(b) and for other relief.

Plaintiff's Motion to Lift Stay (ECF No. 57) and Plaintiff's 216(b) Motion (ECF No. 58) were filed on August 8, 2018. Defendants' Opposition was filed on August 22, 2018. (ECF No. 59). Plaintiff's Reply is currently due Wednesday, August 28, 2018.

The Parties hereby stipulate and agree that Plaintiff shall have 9 additional days for which to file a Reply in support of the two above mentioned motions so that Plaintiff will file his Reply no later than Friday September 7, 2018. The reason for this request is that Mr. Joshua Buck, counsel for Plaintiff, returned from a 2 ½ week paternity leave just yesterday on August 27, 2018 and requires additional time for which to draft a reply.

This stipulation is made in good faith and is not for the purpose of undue burden or delay.

**IT IS SO STIPULATED.**

Dated this 28th day of August 2018.

THIERMAN BUCK LLP

*/s/ Joshua D. Buck*
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated this 28th day of August 2018.

KAMER ZUCKER ABBOTT

*/s/ R. Todd Creer*
Gregory J. Kamer #0270
Edwin A. Keller, Jr. #6013
R. Todd Creer #10016
Kaitlin H. Paxton #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646
*Attorneys for Defendants Riverside Resort and Casino, Inc., The Donald J. Laughlin Family Trusts, and Donald J. Laughlin*

**IT IS SO ORDERED.**

Dated: August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE