1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer      #0270
2  Edwin A. Keller, Jr.   #6013
   3000 West Charleston Blvd., Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:   (702) 259-8640
4  Fax:   (702) 259-8646
   Email: gkamer@kzalaw.com
5  Email: ekeller@kzalaw.com

6  Attorneys for Defendants

7  Riverside Resort and Casino, Inc.,
   The Donald J. Laughlin Family Trusts, and
8  Donald J. Laughlin

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIVERSIDE RESORT AND CASINO, INC., THE DONALD J. LAUGHLIN FAMILY TRUSTS and DONALD J. LAUGHLIN as the sole trustee and beneficiary of such trusts, and DONALD J. LAUGHLIN, Individually,<br><br>                    Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of May 31, 2018 (ECF Document #56), the parties, by and through their respective counsel of record, submit this Joint Status Report and state the following:

1. The Court granted the parties' requested stay in this matter to allow the parties to monitor the post-Ninth Circuit opinion activity in the cases of <u>Oregon Restaurant and Lodging, *et al*</u>. v. <u>Perez, *et al.*</u>, and <u>Cesarz, *et al.* v. Wynn Las Vegas, LLC, *et al.*</u>, Case No. 13-35765 given that the primary issue in the <u>Oregon Restaurant and Lodging</u> and <u>Cesarz</u> cases are the same as the one in this case: the applicability of the FLSA to tip pools in which a tip credit is not taken, pursuant to the Department of Labor regulations.

2.       The United States Supreme Court denied the Petitions for Certiorari in the <u>Oregon Restaurant and Lodging</u> and <u>Cesarz</u> cases on June 25, 2018.

3.       Subsequently, Plaintiff filed a Motion to Lift Stay and Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief (ECF Document #57) on August 8, 2018.  Defendants' Opposition was filed on August 22, 2018 (ECF Document #59).  Plaintiff's Reply filed on September 7, 2018 (ECF Document #62) completed the briefing on said Motion.

4.       With the expiration of the stay, the parties await the Court's resolution of the pending Motion in due course.

DATED this 28th day of September 2018.

| LEON GREENBERG PROFESSIONAL CORPORATION | KAMER ZUCKER ABBOTT |
|---|---|
| By:   /s/Leon Greenberg<br>Leon Greenberg    #8094<br>2965 South Jones Boulevard #E-3<br>Las Vegas, Nevada 89146<br>Tel:    (702) 383-6085<br>Fax:   (702) 385-1827<br><br>Attorney for Plaintiff<br>Robert Norsoph | By:   /s/ Edwin A. Keller, Jr.<br>Gregory J. Kamer    #0270<br>Edwin A. Keller, Jr.   #6013<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel:    (702) 259-8640<br>Fax:   (702) 259-8646<br><br>Attorneys for Defendants<br><br>Riverside Resort and Casino, Inc.,<br>The Donald J. Laughlin Family Trusts,<br>and Donald J. Laughlin |