LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br>vs.<br><br>RIVERSIDE RESORT AND CASINO, INC., THE DONALD J. LAUGHLIN FAMILY TRUSTS and DONALD J. LAUGHLIN as the sole trustee and beneficiary of such trusts, and DONALD J. LAUGHLIN, Individually,<br><br>                 Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

      The parties, by and through their respective counsel of record, hereby stipulate and agree to an extension of the briefing deadlines on Defendants' Motion for Judgment on the pleadings. ECF No. 88. Such motion was filed on February 6, 2019. A response in opposition is due to be filed on February 20, 2019. Plaintiffs' request an extension of time to file their response in opposition through and including **March 22, 2019**. Defendants similarly request an extension of time to file their Reply in Support of their Motion through and including **April 10, 2019**. This constitutes a 33-day extension for Plaintiff and a 10-day extension for Defendants.

///

///

///

///

The above request for an extension of the briefing schedule is made in good faith in order to accommodate the schedule of the parties' counsel, and not for the purpose of delay.

DATED this 15th day of February, 2019.

| LEON GREENBERG PROFESSIONAL CORPORATION | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Leon Greenberg* <br> Leon Greenberg #8094 <br> Dana Sniegocki #11715 <br> 2965 South Jones Boulevard, Ste. E-3 <br> Las Vegas, Nevada 89146 <br> Tel: (702) 383-6085 <br> Fax: (702) 385-1827 | By: /s/ *Edwin A. Keller, Jr.* <br> Gregory J. Kamer #0270 <br> Edwin A. Keller, Jr. #6013 <br> 3000 West Charleston Boulevard, Suite 3 <br> Las Vegas, Nevada 89102 <br> Tel: (702) 259-8640 <br> Fax: (702) 259-8646 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: February 19, 2019.