LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br>vs.<br><br>RIVERSIDE RESORT AND CASINO, INC., THE DONALD J. LAUGHLIN FAMILY TRUSTS and DONALD J. LAUGHLIN as the sole trustee and beneficiary of such trusts, and DONALD J. LAUGHLIN, Individually,<br><br>                   Defendants. | Case No. 2:13-cv-00580-APG-GWF<br><br>**STIPULATION AND ORDER TO STAY ALL DISCOVERY FOR A PERIOD OF 90 DAYS** |

      The parties, by and through their respective counsel of record, hereby stipulate and request a stay of all discovery in this matter for a period of 90 days, through and including **May 20, 2019**.

      The above request for a stay of all discovery is made in order to conserve the resources of the parties and the Court. Currently pending before the Court is Defendants' Motion for Judgment on the Pleadings which was filed on February 6, 2019. ECF No. 88. The outcome of that motion is potentially dispositive of all of the claims in this case. Engaging in discovery at this point, while a dispositive motion is pending before the Court, would be an inefficient use of the parties' resources and may also consume the Court's valuable time. In light of this, the parties believe it serves both the interests of the parties and the Court to stay discovery for a period of 90 days. The parties have agreed to complete briefing on Defendants' Motion by April

10, 2019. By staying discovery through and including **May 20, 2019**, the parties will allow more than one month for the Court to hold a hearing and issue a decision on the Motion. The parties believe this is a reasonable amount of time for the Court to rule. In the event the Court has not issued a decision by May 20, 2019, the parties will further confer about requesting an extension of the stay requested herein. In the event the Court issues a ruling on Defendants' Motion for Judgment on the Pleadings prior to May 20, 2019, and denies the same, the parties agree to submit a Joint Status Report within seven (7) days after the entry of the Court's order requesting a lifting of the stay of discovery.

The above request for a stay of discovery is made in good faith in order to conserve the resources of both the Court and the parties, and is not made for the purpose of delay.

DATED this 19th day of February, 2019.

| LEON GREENBERG PROFESSIONAL CORPORATION | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Leon Greenberg | By: /s/ Edwin A. Keller, Jr. |
| Leon Greenberg #8094 | Gregory J. Kamer #0270 |
| Dana Sniegocki #11715 | Edwin A. Keller, Jr. #6013 |
| 2965 South Jones Boulevard, Ste. E-3 | 3000 West Charleston Boulevard, Suite 3 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89102 |
| Tel: (702) 383-6085 | Tel: (702) 259-8640 |
| Fax: (702) 385-1827 | Fax: (702) 259-8646 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED.**

DATE: 2/20/2019

_____
UNITED STATES MAGISTRATE JUDGE