KAMER ZUCKER ABBOTT
Gregory J. Kamer     #0270
Edwin A. Keller, Jr.    #6013
R. Todd Creer        #10016
Kaitlin H. Paxton    #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
ekeller@kzalaw.com
tcreer@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendants Riverside Resort
and Casino, Inc., The Donald J. Laughlin
Family Trusts, and Donald J. Laughlin

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>vs.<br><br>RIVERSIDE RESORT AND CASINO, INC., THE DONALD J. LAUGHLIN FAMILY TRUSTS and DONALD J. LAUGHLIN as the sole trustee and beneficiary of such trusts, and DONALD J. LAUGHLIN, Individually,<br><br>               Defendants. | Case No. 2:13-cv-00580-APG-EJY<br><br>**STIPULATION AND REQUEST TO CONTINUE CONSOLIDATED HEARING ON PENDING MOTIONS**<br><br>**(First Request)** |

The parties, by and through their respective counsel of record, stipulate and request that the Court vacate the consolidated motion hearing currently set for December 30, 2019 and continue said hearing to January 15, 2020 at 2:00 p.m. In support of this Stipulation and Request, the parties state as follows:

1. On December 19, 2019, the Court set a consolidated hearing on pending motions regarding tip pooling for three cases, 2:13-cv-0580 (*Norsoph v. Riverside Resort and Casino, Inc.*), 2:16-cv-2697 (*Carter v. Wynn Las Vegas, LLC*), and 2:19-cv-0644 (*Jaffee v. Wynn Las Vegas, LLC*), for December 30, 2019.

2. Counsel for Defendant in *Norsoph v. Riverside Resort and Casino, Inc.* is attending an Early Neutral Evaluation on December 30, 2019. Counsel for Defendant in *Carter v. Wynn Las Vegas, LLC* is out of state on December 30, 2019 due to pre-planned travel. Counsel for Plaintiff in *Norsoph v. Riverside Resort and Casino, Inc.* is also away on that date.

3. In an effort to maintain the efficiency sought by the Court in consolidating the hearings, counsel for Defendant in *Carter v. Wynn Las Vegas* requested the availability of counsel for Plaintiff in *Carter v. Wynn Las Vegas* and counsel for both parties in *Jaffee v. Wynn Las Vegas, LLC*. While counsel for the other parties were available on December 30, 2019, they agreed to continue the December 30, 2019 hearing to the next available date on the Court's calendar in which all parties were available.

4. Counsel for Defendant in *Carter v. Wynn Las Vegas* contacted the Courtroom Administrator, Ms. Melissa Johansen, to determine a new date on which the Court would be available for a hearing on the parties' above-referenced motions. Ms. Johansen provided the date of January 15, 2020 at 2:00 p.m. as a proposed new hearing date.

5. This request to continue the December 30, 2019 consolidated motion hearing is not sought for any improper purpose or other reason of delay. Rather, it is sought only due to pre-existing scheduling conflicts for multiple parties' counsel.

6. This is the first request to continue the December 30, 2019 consolidated motion hearing.

/ / /

/ / /

/ / /

/ / /

Kamer Zucker Abbott   *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640                    Page 2 of 3

WHEREFORE, the parties respectfully request that the Court vacate the current hearing date of December 30, 2019 and continue said hearing to January 15, 2020 at 2:00 p.m.

DATED this 26th day of December, 2019.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/Leon Greenberg | /s/ Kaitlin H. Paxton |
| Leon Greenberg #8094 | Gregory J. Kamer #0270 |
| Dana Sniegocki #11715 | Edwin A. Keller, Jr. #6013 |
| LEON GREENBERG | R. Todd Creer #10016 |
| PROFESSIONAL CORPORATION | Kaitlin H. Paxton #13625 |
| 2965 South Jones Boulevard #E-3 | KAMER ZUCKER ABBOTT |
| Las Vegas, Nevada 89146 | 3000 West Charleston Blvd., Suite 3 |
| Tel: (702) 383-6085 | Las Vegas, Nevada 89102 |
| Fax: (702) 385-1827 | Tel: (702) 259-8640 |
| | Fax: (702) 259-8646 |
| Mark R. Thierman #8285 | |
| THIERMAN LAW FIRM | Attorneys for Defendants |
| 7287 Lakeside Drive | Riverside Resort and Casino, Inc., |
| Reno, Nevada 89511 | The Donald J. Laughlin Family Trusts, and |
| Tel: (775) 284-1500 | Donald J. Laughlin |
| | |
| James P. Kemp #6375 | |
| KEMP & KEMP, ATTORNEYS AT LAW | |
| 7435 West Azure Drive, Suite 110 | |
| Las Vegas, Nevada 89130 | |
| Tel: (702) 258-1183 | |
| | |
| Attorneys for Plaintiff | |
| Robert Norsoph | |

**IT IS SO ORDERED.**

December 27, 2019
_____                    _____
**DATE**                                  **UNITED STATES DISTRICT COURT JUDGE**