# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH,<br><br>    Plaintiff<br><br>v.<br><br>RIVERSIDE RESORT AND CASINO, INC., et al.,<br><br>    Defendants | Case No.: 2:13-cv-00580-APG-EJY<br><br>**Order Staying Case**<br><br>[ECF No. 129] |

The parties' stipulation (ECF No. 129) is granted. This case is stayed while the parties complete the paperwork to document their settlement. By August 31, 2020, the parties shall file dismissal papers or a joint status report. The failure to do so may result in dismissal of this case without further notice.

Dated: July 22, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE