# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH,<br><br>    Plaintiff<br><br>v.<br><br>RIVERSIDE RESORT AND CASINO, INC., et al.,<br><br>    Defendants | Case No.: 2:13-cv-00580-APG-EJY<br><br>**Order Continuing Stay of Case**<br><br>[ECF No. 131] |

The parties' request to continue the stay (ECF No. 131) is granted. This case remains stayed while the parties complete the paperwork to document their settlement. By October 31, 2020, the parties shall file dismissal papers or a joint status report. The failure to do so may result in dismissal of this case without further notice.

Dated: September 1, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE