# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NORSOPH, | Case No.: 2:13-cv-00580-APG-EJY |
|     Plaintiff | **Order Continuing Stay of Case** |
| v. | [ECF No. 133] |
| RIVERSIDE RESORT AND CASINO, INC., et al., | |
|     Defendants | |

    The parties' request to continue the stay (ECF No. 133) is granted. This case remains stayed while the parties complete the paperwork to document their settlement. By December 22, 2020, the parties shall file dismissal papers or a joint status report. The failure to do so may result in dismissal of this case without further notice.

    Dated: November 2, 2020.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE